# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**FREDDIE LEE EZEKIEL**  PLAINTIFF
**ADC #127401**

v.  No: 1:19-cv-00023 JM-PSH

**JEREMY ALMAN,** *et al.*  DEFENDANTS

## ORDER

The Court has reviewed the Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the ADC Defendants' motion for summary judgment (Doc. No. 13) is granted, and Ezekiel's claims against Alman and Delgado are dismissed without prejudice. Additionally, the motion to stay discovery filed by Alman and Delgado (Doc. No. 34) is denied as moot.

DATED this 3rd day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE