# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**FREDDIE LEE EZEKIEL**  **PLAINTIFF**
**ADC #127401**

v.　　　　　　　　No: 1:19-cv-00023 JM-PSH

**JEREMY ALMAN,** *et al.*　　　　　　　**DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed.[1] After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Hussung's motion for summary judgment (Doc. No. 43) is granted, and Ezekiel's claims against Hussung are dismissed without prejudice.

DATED this 19th day of February, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The Proposed Findings and Recommendation that were mailed to Mr. Ezekiel were returned as undeliverable. Mr. Ezekiel was informed of his duty "to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently." (Doc. No. 3)