# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**FREDDIE LEE EZEKIEL**  
**ADC #127401**                                                              **PLAINTIFF**

v.                          No: 1:19-cv-00023 JM-PSH

**JEREMY ALMAN,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 19th day of February, 2020.

_____  
UNITED STATES DISTRICT JUDGE